### RIGGS *v.* STEELE, receiver.

FISH, J. Neither the final judgment which was rendered by the judge without the intervention of a jury, nor any of the special findings of fact on which that judgment was based, was contrary to either the evidence or the law. The foregoing disposes of all the assignments of error made in the bill of exceptions.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 9, 1902.

Claim. Before Judge Janes. Haralson superior court. November 15, 1901.

*Edwards & Ault*, for plaintiff in error.
*James Beall, Head & Head*, and *Beall & Edwards*, contra.